UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEITH ROBERTS,

        Plaintiff,

vs.

Case No. 08-CV-14209
HON. GEORGE CARAM STEEH

DONALD WILLIAMSON and
GARY HAGLER,

        Defendants.

_____/

ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
AMENDED WITNESS LIST AND AFFIDAVITS (# 28)

For the reasons stated on the record at a September 2, 2009 hearing, defendants Donald Williamson's and Gary Hagler's motion for to strike plaintiff Keith Robert's Amended Witness List and the affidavits of Lieutenant David Winch, Captain Dale Porter, Captain Scott Sutter, and Captain Beth Whaley as proffered in opposition to the defendants' motion for summary judgment is hereby DENIED on condition that plaintiff cooperate with the defendants in scheduling depositions of these individuals, if requested, as soon as practicable, and that defendants be granted reasonable time to file their own amended witness list.

    SO ORDERED.

Dated: September 2, 2009

                              s/George Caram Steeh
                              GEORGE CARAM STEEH
                              UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 2, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk